# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                   :

In re:                            :           Chapter 11
                                     :

ELETSON HOLDINGS INC.,[1]      :           Case No. 23-10322 (JPM)
                                     :
                                     :

             Debtor.                   :
                                     :

----------------------------------------------------------------x

## SUPPLEMENTAL JUDGMENT AGAINST THE CYPRIOT ENTITIES

Upon the *Memorandum Opinion and Order Granting Eletson Holdings Inc.'s and Levona Holding Ltd.'s Joint Motion for Sanctions Against the Cypriot Entities, Vassilis Kertsikoff and Laskarina Karastamati*, Dkt. No. 1885, (the "Sanctions Order"), whereby the Court imposed monetary sanctions against Desimusco Trading Co., Apargo Ltd., and Fentalon Ltd. (collectively, the "Cypriot Entities" or the "Sanctioned Parties") in the amount of $1,000 per party per day, running from the period of August 8, 2025, through and including November 18, 2025, and $5,000 per party per day commencing on November 19, 2025; the Court having found in the Sanctions Order that it has personal jurisdiction over each of the Sanctioned Parties; the Court having found that each of the Sanctioned Parties received adequate notice and an opportunity to be heard prior to the issuance of the Sanctions Order; the Court having entered the *Judgment Against the Cypriot Entities* on December 30, 2025 for sanctions accrued through November 30, 2025, Dkt. No. 1932, (the "Original Judgment"); and the Court having considered the request of Eletson Holdings Inc.

---

[1]   Prior to November 19, 2024, the Debtors in these cases were: Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC. On March 5, 2025, the Court entered a final decree and order closing the chapter 11 cases of Eletson Finance (US) LLC and Agathonissos Finance LLC. Commencing on March 5, 2025, all motions, notices, and other pleadings relating to any of the Debtors shall be filed in the chapter 11 case of Eletson Holdings Inc. The Debtor's mailing address is c/o Herbert Smith Freehills Kramer (US) LLP, 1177 Avenue of the Americas, New York, New York 10036.

("Eletson") and Levona Holdings Ltd. ("Levona") for entry of this supplemental judgment (the "Supplemental Judgment"):

It is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.      A judgment is issued in favor of Eletson and Levona against Desimusco Trading Co. in the amount of $605,000.00 on account of the sanctioned amounts accrued under the Sanctions Order from December 1, 2025, through and including March 31, 2026.

2.      A judgment is issued in favor of Eletson and Levona against Apargo Ltd. in the amount of $605,000.00 on account of the sanctioned amounts accrued under the Sanctions Order from December 1, 2025, through and including March 31, 2026.

3.      A judgment is issued in favor of Eletson and Levona against Fentalon Ltd. in the amount of $605,000.00 on account of the sanctioned amounts accrued under the Sanctions Order from December 1, 2025, through and including March 31, 2026.

4.      For the avoidance of doubt, this Supplemental Judgment does not displace, nullify or otherwise impact the Original Judgment, which remains in full force and effect.

5.      A schedule explaining the calculation of this Supplemental Judgment as to each Sanctioned Party is attached hereto as Exhibit A.

6.      Either Eletson or Levona shall have the immediate right to enforce and execute this Supplemental Judgment without further notice, stay or action, and this Supplemental Judgment is final and enforceable.

7.      If any portion of this Supplemental Judgment is held unenforceable as to any individual party or entity by any foreign or United States court, such determination shall not affect the enforceability of the Supplemental Judgment against the remaining parties.

2

8.      Eletson's and Levona's rights are expressly reserved to seek additional coercive

and compensatory monetary sanctions in to-be-determined amounts and to seek further judgments

in connection with already-accruing monetary sanctions.


Dated: New York, New York
        May 11, 2026                                   /s/ John P. Mastando III
                                                HONORABLE JOHN P. MASTANDO III
                                                UNITED STATES BANKRUPTCY JUDGE

## Exhibit A

| Sanctioned Party | Daily Rate | Start Date | End Date | Days Accrued | Total Amount |
|---|---|---|---|---|---|
| Desimusco Trading Co. | $5,000 | Dec 1, 2025 | Mar 31, 2026 | 121 | $605,000.00 |
| **Total – Desimusco Trading Co.** | | | | | **$605,000.00** |
| | | | | | |
| Apargo Ltd. | $5,000 | Dec 1, 2025 | Mar 31, 2026 | 121 | $605,000.00 |
| **Total – Apargo Ltd.** | | | | | **$605,000.00** |
| | | | | | |
| Fentalon Ltd. | $5,000 | Dec 1, 2025 | Mar 31, 2026 | 121 | $605,000.00 |
| **Total – Fentalon Ltd.** | | | | | **$605,000.00** |